UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cr-172 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| MIGUEL RIOS-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on August 17, 2012, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Miguel Rios-Martinez entered a plea of guilty to count 1 of the Indictment charging  him with re-entry of an illegal alien who had been removed subsequent to conviction of a felony, in violation of 8 U.S.C. § 1326(a).  There was no written plea agreement, but counsel placed two oral agreements on the record:  (1) the government does not object to a finding that defendant has accepted responsibility for purposes of U.S.S.G. § 3E1.1(a); and (2) the government agrees that defendant has entered a timely guilty plea for purposes of U.S.S.G. § 3E1.1(b).  There are no other agreements.  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from

any force, threats, or promises; that the defendant understands the nature of the charge and penalties

provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to count 1 of the Indictment be

accepted and that the court adjudicate defendant guilty of the charge.  Acceptance of the plea,

adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.


Dated:  August 17, 2012                    /s/  Joseph G. Scoville_____
                                           U.S. Magistrate Judge


## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.
Any application for review must be in writing, must specify the portions of the findings or proceed-
ings objected to, and must be filed and served no later than 14 days after the plea hearing.  *See* W.D.
MICH. L.CR.R. 11.1(d).  A failure to file timely objections may result in the waiver of any further
right to seek appellate review of the plea-taking procedure.  *See Thomas v. Arn*, 474 U.S. 140 (1985);
*United States v. Branch*, 537 F.3d 582, 587 (6th Cir.), *cert. denied*, 129 S. Ct. 752 (2008); *Frontier
Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).  General objections do not suffice.  *Spencer
v. Bouchard*, 449 F.3d 721, 724-25 (6th Cir. 2006); *see Frontier*, 454 F.3d at 596-97; *McClanahan
v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006).